IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLGA VAZQUEZ,           ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | |
| v.    ) | CIVIL CASE NO. 2:23-cv-662-ECM |
| ) | [WO] |
| IB&G OF MONTGOMERY, INC., d/b/a  ) | |
| IXTAPA BAR & GRILL,    ) | |
| ) | |
|    Defendant.    ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor

of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of December, 2024.

                                                   /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE